**IT IS SO ORDERED.**

Dated:  11:12 AM  May 21 2013

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In the Matter of: | ) | CASE NO.:  12-53744 |
| | ) | |
| KEITH AND TONYA ANDERSON | ) | Chapter: 7 |
| | ) | |
| Debtor | ) | JUDGE: SHEA STONUM |
| | ) | |
| | ) | **ORDER** |

For good cause shown, debtors' Motion to Convert CASE NO.:  12-53744 from Chapter 7 to Chapter 13 is hereby granted.

So Ordered.

###

Submitted by,
/s/Warner Mendenhall
Warner Mendenhall, 0070165
190 N. Union St., Suite 201
Akron, OH 44304
v 330.535.9160 f 330.762.3423
warnermendenhall@gmail.com

Service List

_____

Electronic Mail Notice List:
.
Patti H. Bass ecf@bass-associates.com
Dynele L. Schinker-Kuharich ecf-filings@schinker-kuharich.com, dschinkerkuharich@ecf.epiqsystems.com
Martha R. Spaner ohbk@rslegal.com, rsbkecfbackup@gmail.com
United States Trustee (Registered address)@usdoj.gov
Lenore Kleinman ust04 Lenore.Kleinman@usdoj.gov

Regular Mail Notice List:

**Alexandria Vanek**
5640 Wouthwyck Blvd
Toledo OH 43614-1594

**Bank of America**
100 N. Tryon St.
Charlotte NC 28255

**Bank of America**
450 American St
Suite SV416
Simi Valley CA 93065

**Bank of New York Mellon**
8742 Lucent
Suite 300
Littleton CO 80129

**Best Buy/HSBC**
POB 5238
Carol Stream IL 60197-5238

**Bill Me Later**
POB 105658
Atlanta GA 30348-5658

**Charter One**
PO Box 9665
Providence RI 02940-9665

**Chase**

POB 15153
Wilmington DE 19886

**Citizens Bank**
1 Citizens Drive
Riverside RI 02915

**City of Akron**
Public Utilities
146 South High Street Room 211
Akron OH 44308-1894

**Dominion East Ohio**
PO Box 26785
Richmond VA 23261-6785

**First Merit Bank**
POB 1499
Akron OH 44309-1499

**GE Capitol Retail Bank**
POB 965004
Orlando FL 32896-5004

**Home Depot**
Processing Center
Des Moines IA 50364

**HSBC Bank**
PO Box 5253
Carol Stream IL 60197

**Key Bank**
PO Box 94968
Cleveland OH 44101-4968

**Key Bank**
PO Box 790408
Saint Louis MO 63179-0408

**Macy's**
POB 183083
Columbus OH 43218-3083

**Northland Group, Inc.**
PO Box 390846

Minneapolis MN 55439

**Specialized Loan Servicing**
8742 Lucent Blvd.
Suite 300
Littleton CO 80129

**Target National Bank**
PO Box 660170
Dallas TX 75266-0170

**The Bank of New York Mellon**
c/o Martha R. Spaner, Esq
3962 Red Bank Rd
Cincinnati, OH 45227

**Toyota Financial Service**
PO Box 4102
Carol Stream IL 60197-4102

**Victoria's Secret**
POB 659728
San Antonio TX 78265-9728

**Walmart**
PO Box 981400
El Paso TX 79998

**Wells Fargo**
PO Box 5296
Carol Stream IL 60197-5296

**Wells Fargo Auto Finance**
P.O. Box 25341
Santa Ana CA 92799

_____